# Exhibit A

DOCS_LA:336294.1 57095/002

Debtor Transferor: Bayou Steel BD Holdings, L.L.C.
Preference Period Transfers

| Vendor Name | Transfer Date | Check Number | Transfer Type | Transfer Amount | Invoice Number | Invoice Date | Associated Invoice Amount |
|---|---|---|---|---|---|---|---|
| INLAND RC, LLC f/d/b/a OPTA MINERALS (ELYRIA) | 7/19/2019 | 2000096073 | Wire | $ 50,361.60 | 5100594829 | 4/12/2019 | $ 5,616.00 |
| | | | | | 5100597075 | 4/12/2019 | $ 5,649.80 |
| | | | | | 5100595350 | 4/16/2019 | $ 5,616.00 |
| | | | | | 5100597259 | 4/18/2019 | $ 5,616.00 |
| | | | | | 5100597518 | 4/18/2019 | $ 5,616.00 |
| | | | | | 5100596606 | 4/22/2019 | $ 5,616.00 |
| | | | | | 5100598044 | 4/23/2019 | $ 5,399.80 |
| | | | | | 5100597613 | 4/26/2019 | $ 5,616.00 |
| | | | | | 5100597616 | 4/26/2019 | $ 5,616.00 |
| | | | | | | | $ 50,361.60 |
| INLAND RC, LLC f/d/b/a OPTA MINERALS (ELYRIA) | 8/16/2019 | 2000096673 | Wire | $ 61,927.13 | 5100598045 | 4/18/2019 | $ 5,457.38 |
| | | | | | 5100598058 | 4/24/2019 | $ 5,399.80 |
| | | | | | 5100598184 | 4/29/2019 | $ 5,616.00 |
| | | | | | 5100598057 | 5/2/2019 | $ 5,518.87 |
| | | | | | 5100598062 | 5/2/2019 | $ 5,686.31 |
| | | | | | 5100598646 | 5/2/2019 | $ 250.00 |
| | | | | | 5100598394 | 5/7/2019 | $ 250.00 |
| | | | | | 5100606550 | 5/7/2019 | $ 5,402.13 |
| | | | | | 5100599380 | 5/13/2019 | $ 5,616.00 |
| | | | | | 5100602101 | 5/13/2019 | $ 5,616.00 |
| | | | | | 5100603589 | 5/13/2019 | $ 11,500.00 |
| | | | | | 5100602288 | 5/17/2019 | $ 5,614.64 |
| | | | | | | | $ 61,927.13 |
| INLAND RC, LLC f/d/b/a OPTA MINERALS (ELYRIA) | 9/3/2019 | 2000096752 | Wire | $ 155,106.06 | 5100601574 | 5/22/2019 | $ 5,467.64 |
| | | | | | 5100603207 | 5/23/2019 | $ 11,250.00 |
| | | | | | 5100601059 | 5/25/2019 | $ 5,616.00 |
| | | | | | 5100601586 | 5/25/2019 | $ 5,616.00 |
| | | | | | 5100602757 | 5/28/2019 | $ 5,701.25 |
| | | | | | 5100607086 | 5/28/2019 | $ 5,467.64 |
| | | | | | 5100603199 | 5/30/2019 | $ 5,866.00 |
| | | | | | 5100604370 | 5/31/2019 | $ 5,616.00 |
| | | | | | 5100606673 | 5/31/2019 | $ 5,616.00 |
| | | | | | 5100603327 | 6/3/2019 | $ 5,436.28 |
| | | | | | 5100604373 | 6/3/2019 | $ 5,616.00 |
| | | | | | 5100613516 | 6/3/2019 | $ 3,312.50 |
| | | | | | 5100606697 | 6/6/2019 | $ 5,542.00 |
| | | | | | 5100606700 | 6/6/2019 | $ 5,616.00 |
| | | | | | 5100604616 | 6/7/2019 | $ 5,616.00 |
| | | | | | 5100613517 | 6/7/2019 | $ 5,616.00 |
| | | | | | 5100607256 | 6/14/2019 | $ 5,616.00 |
| | | | | | 5100607257 | 6/14/2019 | $ 5,616.00 |
| | | | | | 5100607258 | 6/14/2019 | $ 5,616.00 |
| | | | | | 5100607255 | 6/17/2019 | $ 5,652.25 |
| | | | | | 5100607254 | 6/18/2019 | $ 5,652.25 |
| | | | | | 5100607263 | 6/18/2019 | $ 5,652.25 |
| | | | | | 5100613519 | 6/20/2019 | $ 5,866.00 |
| | | | | | 5100607857 | 6/21/2019 | $ 5,616.00 |
| | | | | | 5100608343 | 6/21/2019 | $ 5,616.00 |
| | | | | | 5100607859 | 6/24/2019 | $ 5,616.00 |
| | | | | | 5100611291 | 6/25/2019 | $ 5,652.25 |
| | | | | | 5100613518 | 6/25/2019 | $ (5,652.25) |
| | | | | | 5100612008 | 6/28/2019 | $ 5,616.00 |
| | | | | | | | $ 155,106.06 |
| INLAND RC, LLC f/d/b/a OPTA MINERALS (ELYRIA) | 9/16/2019 | 2000096921 | Wire | $ 34,196.00 | 5100621609 | 9/10/2019 | $ 2,686.79 |
| | | | | | 5100621611 | 9/10/2019 | $ (2,686.79) |
| | | | | | 5100613563 | 7/8/2019 | $ 5,616.00 |
| | | | | | 5100611352 | 7/10/2019 | $ 5,866.00 |
| | | | | | 5100613520 | 7/10/2019 | $ 5,866.00 |
| | | | | | 5100612161 | 7/11/2019 | $ 5,616.00 |
| | | | | | 5100611271 | 7/15/2019 | $ 5,616.00 |
| | | | | | 5100612162 | 7/15/2019 | $ 5,616.00 |
| | | | | | | | $ 34,196.00 |
| | | | | $ 301,590.79 | | | $ 301,590.79 |