# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BAYOU STEEL BD HOLDINGS, LLC, *et al.*,[1]<br><br>Debtors. | Chapter 7<br><br>Case No. 19-12153 (KBO)<br><br>(Jointly Administered) |
| GEORGE L. MILLER, in his capacity as Chapter 7 Trustee of BAYOU STEEL BD HOLDINGS, L.L.C., *et al*.,<br><br>Plaintiff,<br><br>vs.<br><br>H. R. CURRY COMPANY, INC. d/b/a INLAND RC, LLC f/d/b/a OPTA MINERALS (ELYRIA),<br><br>Defendant. | Adv. Proc. No. 21-50210 (KBO) |

## STIPULATION FOR EXTENSION OF TIME FOR DEFENDANT TO ANSWER, MOVE OR OTHERWISE RESPOND TO THE COMPLAINT

Plaintiff, George L. Miller in his capacity as chapter 7 trustee of Bayou Steel BD Holdings, L.L.C., *et al.*, (the "**Plaintiff**"), for the estates of the above-captioned debtors (the "**Debtors**") in the above-captioned cases pending under chapter 7 of title 11 of the United States Code (the "**Bankruptcy Code**"), by and through his undersigned counsel and defendant H. R. Curry Company, Inc., d/b/a Inland RC, LLC (f/d/b/a Opta Minerals (Elyria)) (the "**Defendant**," and together with Plaintiff, the "**Parties**"), enter into this *Stipulation for Extension of Time for the Defendant to Answer, Move or Otherwise Respond to the Complaint* (the "**Stipulation**") and hereby stipulate and agree as follows:

1.  The Parties agree and stipulate that the time within which the Defendant may

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are Bayou Steel BD Holdings, L.L.C., a Delaware limited liability company (1984), BD Bayou Steel Investment, LLC, a Delaware limited liability company (1222), and BD LaPlace, LLC, a Delaware limited liability company (5783).

DOCS_DE:233554.1 57095/002

answer, move, or otherwise plead in response to the *Complaint* [D.I. 1] in the above-captioned adversary proceeding is hereby extended to and including April 30, 2021.

2. Except as specifically set forth herein, all rights, claims and defenses of the Parties are fully preserved.

Dated:  March 23, 2021   PACHULSKI STANG ZIEHL & JONES LLP

/s/ Peter J. Keane
Bradford J. Sandler (DE Bar No. 4142)
Andrew W. Caine (CA Bar No. 110345)
Peter J. Keane (DE Bar No. 5503)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, Delaware 19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile:  (302) 652-4400
Email:    bsandler@pszjlaw.com
          acaine@pszjlaw.com
          pkeane@pszjlaw.com

*Counsel to Plaintiff*

and

ECKERT SEAMANS CHERIN & MELLOTT, LLC

/s/ Harry A. Readshaw
Harry A. Readshaw, Esq.
600 Grant Street, 44th Floor
Pittsburgh, PA 15219
T: 412-566-6010
F: 412-566-6099
E: hreadshaw@eckertseamans.com

*Counsel to Defendant*